**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| LORETTA KILGORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO. 1:22-CV-03176-CAP |
| | ) | |
| CIRCLE K STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties

hereto stipulate and agree that this action is hereby dismissed without prejudice.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted on August 18, 2022 by:

By:s/Stephen Swanson
SEAN W. MARTIN, GA BAR #474125
STEPHEN A. SWANSON, GA BAR #759751
Attorneys for Defendant Circle K Stores, Inc.
736 Market St., Suite 1320
Chattanooga, TN 37402
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
sswanson@carrallison.com

By: s/Andrew Gould
Andrew Q. Gould
Georgia Bar. No.: 826368
P. O. Box 3280
Gainesville, GA  30503
Office:  (770) 536-0101
agould@smf-law.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the forgoing **Joint Stipulation of Dismissal Without Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of records for all parties. I further certify that the foregoing was prepared in Times New Roman 14pt font and otherwise complies with Local Rule 5.1.

Submitted on August 18, 2022.

s/Andrew Gould
Andrew Q. Gould, Esq.
Georgia Bar No. 826368
agould@smf-law.com
Stewart, Melvin & Frost, LLP
P.O. Box 3280
Gainesville, GA 30503
(770) 536-0101
(678) 207-2002 (fax)
*Counsel for Plaintiff*