UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORETTA KILGORE,<br><br>    Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:22-CV-003176-CAP |

### **O R D E R**

This matter is before the court on the parties' joint motion to dismiss without prejudice [Doc. No. 4].

Accordingly, the court hereby **GRANTS** the motion and **DIRECTS** the clerk to close this case.

**SO ORDERED** this 18th day of August, 2022.

/s/ Charles A. Pannell, Jr.___
CHARLES A. PANNELL, JR.
United States District Judge